UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CARLA MARTIN, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Act. No. 98-2120-M/L (Under Seal) |
| v. | ) ) | |
| LINCARE HOLDINGS, INC.; SAM OWEN; LINDA WAGES AND DOES 1-100; | ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) ) | |

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to partially intervene in this action for purposes of settlement, and to decline to intervene in the remainder of the action. The United States intervenes in that part of the action which alleges that defendant Lincare Holdings, Inc. ("Lincare") submitted claims for payment for oxygen services to Medicare that were false because they were based on qualifying tests performed by Lincare employees in violation of Medicare regulations, as set forth in paragraph 19.A. of relator's complaint. The United States declines to intervene in the remainder of this action.

With this notice, the United States is also filing a stipulation of partial dismissal, together with relator, and an accompanying order dismissing this action in part, and providing for the

lifting of the seal.

          Respectfully Submitted,

          PETER D. KEISLER
          Assistant Attorney General
          Civil Division

          DAVID KUSTOFF
          United States Attorney
          for the Western District of Tennessee


          s/ William W. Siler, (TN Bar #07194)
          Assistant United States Attorney
          for the Western District of Tennessee
          United States Department of Justice
          167 North Main Street, Suite 800
          Memphis, TN 38103
          (901) 544-4231


          s/MICHAEL F. HERTZ
          POLLY A. DAMMANN
          DAVID B. WISEMAN
          Attorneys, Civil Division
          Department of Justice
          Post Office Box 261
          Ben Franklin Station
          Washington, DC  20044
          Tel:  (202) 514-0132
          Fax:  (202) 307-3852

          Counsel for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. mail, postage prepaid on May 19, 2006 on the following counsel:

Mark A. Kleiman
1640 5th St., Suite 214
Santa Monica, CA 90413

Counsel for Relator

                                                      s/William W. Siler
                                                      Assistant U.S. Attorney