UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| **CARLA MARTIN,** | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 98-2120-JPM-dkv |
| | * | |
| v. | * | |
| | * | |
| **LINCARE HOLDINGS, INC. d/b/a** | * | |
| **LINCARE, INC.; LINCARE, INC. d/b/a** | * | |
| **UNITED MEDICAL; and DOES 1-10,** | * | |
| | * | |
| Defendants, | * | |
| | * | |

### ORDER OF DISMISSAL WITH PREJUDICE

It being represented by the parties that they have stipulated to dismissal with prejudice of all claims before this court,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed with prejudice, each party to bear its own costs.

s/ JON PHIPPS McCALLA
United States District Judge

Date: September 11, 2007

1

Approved by:

By: s/ David B. Stevenson
Dan M. Norwood (#005926)
David B. Stevenson (#024732)
266 S. Front Street, Suite 206
Memphis, Tennessee 38103
Telephone - 901-528-8300
Facsimile   - 901-529-9101

**LAW OFFICES OF MARK KLEIMAN**
By: s/ Mark Allen Kleiman
1640 Fifth Street, Suite 214
Santa Monica, CA 90401
Telephone: 310-260-2303
Facsimile: 310-260-2535

Attorneys for Plaintiff

By: s/ Kim Koratsky
Glen Reid, Jr. BPR #8184
Kim Koratsky BPR #20163
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
901/537-1000

Counsel for Defendants